IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


DR. HAROLD DAVIS,

       Plaintiff,

vs.                                                        Civ. No. 01-799 MV/LFG


PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, UNUM LIFE
INSURANCE COMPANY OF AMERICA
(a/k/a UNUM PROVIDENT
CORPORATION), and JOHN DOES 1-10,

       Defendants.


**MEMORANDUM OPINION AND ORDER**


       **THIS MATTER** comes before the Court on Provident Defendants' Motion for Partial

Summary Judgment on Counts Alleging Joint Venture, Civil Conspiracy, Aiding and Abetting,

and Prima Facie Tort, filed July 1, 2002, **[Doc. No. 91]**.[1]  Defendants' motion seeks summary

judgment on Counts V through VIII of Plaintiff's Complaint.  Plaintiff has since abandoned these

claims.  *See* Plaintiff's Response to Court Order, filed February 12, 2004 **[Doc. No. 168]**.

       **IT IS THEREFORE ORDERED** that Provident Defendants' Motion for Partial

Summary Judgment on Counts Alleging Joint Venture, Civil Conspiracy, Aiding and Abetting,

and Prima Facie Tort, filed July 1, 2002, **[Doc. No. 91]** is hereby **GRANTED**.  Judgment is

---

    [1]  The Provident Defendants are Provident Life and Accident Insurance Company, UNUM
Life Insurance Company, and UNUM Provident Corporation.

granted in favor of Provident Defendants on Count V, Count VI, Count VII and Count VIII of

Plaintiff's Complaint.

Dated this 17th day of March, 2004.


_____
MARTHA VAZQUEZ
U. S. DISTRICT COURT JUDGE


Attorneys for Plaintiff:
      Esteban A. Aguilar, Esq.
      Steve Vogel, Esq.

Attorneys for Defendant:
      Thomas L. Johnson, Esq.
      Kerri L. Peck, Esq.